■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID L. SERRANO, Appellant. (Appeal No. 2.) [828 NYS2d 226]— Appeal from a judgment of the Niagara County Court (Peter L. Broderick, Sr., J.), rendered June 29, 2004. The judgment convicted defendant, upon a jury verdict, of criminal possession of a controlled substance in the seventh degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Scudder, P.J., Hurlbutt, Gorski, Centra and Lunn, JJ.